MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
TARUN VERMA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>TARUN VERMA,<br><br>                              Defendants. | CASE NO.  5:24-po-00062-CDB<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE<br><br>DATE:  April 2, 2024<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Christopher D. Baker |

**STIPULATION**

COMES NOW, Defendant, TARUN VERMA, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for Initial Appearance on March 5, 2024.

2. By this stipulation, defendant now moves to reset the Initial Appearance hearing to **April 2, 2024 at 9:00 a.m.** before the Honorable Christopher D. Baker. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant will be out of the country on March 5, 2024 and will not be

1

available to represent her client at the Initial Appearance.

    b.    The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: February 26, 2024

          /s/ Monica L. Bermudez
          MONICA L. BERMUDEZ
          Counsel for Defendant
          TARUN VERMA

DATED: February 26, 2024

          /s/ Chan Hee Chu
          CHAN HEE CHU
          Assistant United States Attorney

## ORDER

Based on the parties' representations in their stipulation (Doc. 4), and for good cause shown, Defendant's initial appearance is continued to **April 2, 2024 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: **February 27, 2024**

UNITED STATES MAGISTRATE JUDGE

2