**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Tarun Verma

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         vs.<br><br>TARUN VERMA<br><br>                Defendant | Case No.: 5:24-po-00062-CDB<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, TARUN VERMA, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for June 4, 2024, at 10:00 a.m. in front of Honorable Judge Christopher D. Baker of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.


Date:   May 15, 2024                    */s/Tarun Verma*___
                                                                Tarun Verma


Date: May 15, 2024                      */s/Monica L. Bermudez*____
                                                                MONICA L. BERMUDEZ
                                                                Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that, pursuant to Fed. R. Crim. P. 43, Defendant's appearance may be waived at any and all proceedings except plea, trial, and sentencing, until further order.

IT IS SO ORDERED.

Dated:   **May 15, 2024**                                    _____
                                                                                  UNITED STATES MAGISTRATE JUDGE