MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
TARUM VERMA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TARUM VERMA,<br><br>                    Defendants. | CASE NO. 5:24-PO-0062 CDB<br><br>STIPULATION TO CONTINUE THE STATUS CONFERENCE; [~~PROPOSED~~] ORDER<br><br>DATE: September 3, 2024<br>TIME: 10:00 a.m.<br>JUDGE: Christopher D. Baker |

**STIPULATION**

COMES NOW, Defendant, TARUM VERMA, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 3, 2024, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the status conference from September 3, 2024, until November 5, 2024, at 10:00 a.m. and to exclude time between September 3,

1

2024, and November 5, 2024, under 18 U.S.C. §3161 (h)(7)(A), B(iv)[Local Code T4].

3. The parties agree and stipulate, and request that the court find the following:

   a. AUSA Chan Hee Chu has tendered a plea offer to Mr. Verum.

   b. Counsel for Mr. Verum has been engaged in a multi-defendant homicide trial in the matter of *People v. Kindle, et al.; BF193990A* before the Honorable Judge Charles Brehmer.

   c. Counsel has not had an opportunity to meet with Mr. Verum to discuss the offer and answer any question or concerns he had in taking the plea.

   d. As such, I am requesting this matter be continued to November 5, 2024.

**IT IS SO STIPULATED**.

DATED: August 27, 2024

                             */s/ Monica L. Bermudez*
                             MONICA L. BERMUDEZ
                             Counsel for Defendant
                             TERUM VERMA

DATED: August 27, 2024

                             */s/ Chan Hee Chu*
                             CHAN HEE CHU
                             Assistant United States Attorney

## O R D E R

For good cause shown in the stipulated representations of counsel for the parties, the status conference currently set for September 3, 2024, is VACATED and reset to November 5, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 28, 2024**                               _____
                                                                     UNITED STATES MAGISTRATE JUDGE